# United States Court of Appeals
## For the First Circuit

No. 11-1444

YUBELKYS APONTE,

Petitioner,

v.

ERIC H. HOLDER, JR., ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on June 21, 2012, is amended as follows:

On page 14, line 12, replace "Unites" with "United"